James P. Watson, (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:   (415) 512-3515
Email:        JamesW@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>NEWCON CONCRETE CONSTRUCTION, INC., a California corporation; and MICHAEL HANSEN, an Individual,<br><br>Defendants. | Case No.:  C-05-5339 CRB<br><br>**PLAINTIFFS' STATEMENT IN LIEU OF CASE MANAGEMENT CONFERENCE STATEMENT; (PROPOSED) CASE MANAGEMENT ORDER**<br><br>DATE:  July 7, 2006<br>TIME:   8:30 a.m.<br>COURTROOM:  8<br>JUDGE:  Hon. Charles R. Breyer |

Plaintiffs submit this statement in lieu of the Case Management Conference Statement and, because of the status of the case as set forth below, request that the Case Management Conference either be vacated or be continued for a period of 90 days.

The Complaint was filed against defendants Newcon Concrete Construction, Inc. and Michael Hansen. Both defendants were served on January 24, 2006. Defendant Hansen brought a motion to dismiss. By Order of Dismissal entered on March 17, 2006, the Court granted Mr. Hansen's motion, with leave to amend. Plaintiffs chose not to file an amended complaint against Mr. Hansen, the time

-1-

1  to amend has expired, and Judgment was entered as to Mr. Hansen on April 21, 2006.

2      Defendant Newcon Concrete Construction, Inc. did not file a responsive pleading, and default
3  was entered against it on March 15, 2006. Plaintiffs have filed a Motion for Default Judgment as to
4  Newcon, which is set for hearing on August 4, 2006.

5      In light of the status of the case, plaintiffs request that the Case Management Conference
6  either be vacated or be continued for a period of 90 days.

7  DATED: June 30, 2006                    STANTON, KAY & WATSON, LLP

9                                              By _____
                                                  Anne Bevington

                                                  Attorneys for Plaintiffs

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CASE MANAGEMENT ORDER

The Case Management Conference previously set for July 7, 2006, at 8:30 a.m., is hereby:

[X] Vacated.

[ ] Continued to _____, at the hour of _____, in Courtroom 8, 19th Floor (San Francisco).

DATED: July 5, 2006                         _____
                                      HON. CHARLES R. BREYER
                                      UNITED STATES

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*

F:\CASES\7000\7000.1032 Newcon Concrete\PLEADINGS\STATEMENT IN LIEU OF CMC.doc