James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
Anne Bevington (SBN 111320)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, Fifth Floor
San Francisco, CA  94105
Telephone:  (415) 512-3501
Facsimile:  (415) 512-3515
Email:       jamesw@skwsf.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>          Plaintiffs,<br><br>v.<br><br>NEWCON CONCRETE CONSTRUCTION, INC., a California corporation; and MICHAEL HANSEN, an Individual,<br><br>          Defendants. | Case No.:  C-05-5339 CRB<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY** |

Plaintiffs JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN

///

///

///

-1-
NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-05-5339 CRB]

1 | CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR
2 | NORTHERN CALIFORNIA, hereby substitute as their attorney:

3 |     Ronald L. Richman, Esq. (SBN 139189)
    Bullivant Houser Bailey, P.C.
4 |     601 California Street, Suite 1800
    San Francisco, California 94108-2823
5 |     Telephone No.  (415) 352-2700
    Facsimile No.  (415) 352-2701
6 |     E-Mail:    Ron.Richman@bullivant.com

7 | in place and instead of their current attorneys, James P. Watson, Bruce K. Leigh and Anne Bevington,
8 | Stanton, Kay & Watson, LLP.

9 | **NEW COUNSEL ACCEPTS THIS SUBSTITUTION:**

10 | DATED:  January 10, 2007    Ronald L. Richman
11 |     BULLIVANT HOUSER BAILEY, P.C.
12 |     By: _/s/ Ronald L. Richman_
    Ronald L. Richman

14 | **FORMER COUNSEL CONSENTS TO THIS SUBSTITUTION:**

15 | DATED:  January 5, 2007    James P. Watson
    Bruce K. Leigh
16 |     Anne Bevington
    STANTON, KAY & WATSON, LLP
17 |
18 |     By: _/s/ Anne Bevington_
    Anne Bevington

20 | **PLAINTIFFS CONSENT TO THIS SUBSTITUTION:**

21 | DATED:  January 29, 2007    JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA

[STAMP: IT IS SO ORDERED — Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]

3/05/2007

By: _Edward Smith_
Name: _Edward Smith_
Title: _Fund Manager_
Authorized Representative

F:\CASES\7000\7000.1032 Newcon Concrete\PLEADINGS\SUBSTITUTION OF ATTORNEY.doc

-2-

NOTICE OF SUBSTITUTION OF ATTORNEY [CASE NO. C-05-5339 CRB]