AT-138, EJ-125

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):<br>Ronald L. Richman (SBN 139189); Joye Blanscett (SBN 191242)<br>BULLIVANT HOUSER BAILEY PC<br>601 California St., Ste. 1800<br>San Francisco, CA  94108<br><br>TELEPHONE NO.: (415) 352-2700       FAX NO.: (415) 352-2701<br>ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY<br><br>**FILED**<br><br>MAR 2 6 2007<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>OAKLAND |

NAME OF COURT: United States District Court, Northern District of California
STREET ADDRESS: 450 Golden Gate Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA  94102
BRANCH NAME:

PLAINTIFF: Jose Moreno; et al.

DEFENDANT: Newcon Concrete Construction, Inc., et al.

| | |
|---|---|
| **APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**<br>☒ ENFORCEMENT OF JUDGMENT    ☐ ATTACHMENT (Third Person)<br>  ☒ Judgment Debtor    ☐ Third Person | CASE NUMBER:<br>C-05-5339 CRB |

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name):  Michael Hansen for Newcon Concrete Construction, Inc
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. ☒  furnish information to aid in enforcement of a money judgment against you.
   b. ☐  answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. ☐  answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: *May 24, 2007*   Time: *9:30 a.m.*   Dept. or Div.: *Oakland*   Rm.: *Hon. Wayne D. Brazil*
Address of court ☐ shown above ☒ is: *1301 Clay Street*       *Courtroom 4, 3rd floor*
*Oakland, CA 94612*

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: *3-26-07*                    *Wayne D. Brazil*
                                                              JUDGE OR REFEREE

| |
|---|
| **This order must be served not less than 10 days before the date set for the examination.**<br><center>**IMPORTANT NOTICES ON REVERSE**</center> |

## APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. ☒  Judgment creditor      ☐ Assignee of record      ☐ Plaintiff who has a right to attach order
   applies for an order requiring (name):  Michael Hansen for Newcon Concrete Construction, Inc.   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.
5. The person to be examined is
   a. ☒  the judgment debtor.
   b. ☐  a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.
6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. ☐  This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. ☐  The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 20, 2007

Joye Blanscett                                      ▶ *Joye Blanscett*
_____                            _____
(TYPE OR PRINT NAME)                                (SIGNATURE OF DECLARANT)

(Continued on reverse)

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | **APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION**<br>(Attachment-Enforcement of Judgment) | Code of Civil Procedure,<br>§§ 491.110, 708.110, 708.120<br>American LegalNet, Inc.<br>www.USCourtForms.com |

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters):*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP,
## ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER
FOR APPEARANCE AND EXAMINATION**
(Attachment-Enforcement of Judgment)

Page two

American LegalNet, Inc.
www.USCourtForms.com

## ATTACHMENT A

Debtor is further ordered to produce for inspection the following documents and things at the Appearance and Examination of Judgment Debtor Newcon Concrete Construction, Inc. which are described as follows:

- All business and corporate checkbooks for any and all existing accounts including, but not limited to, bank accounts, credit union accounts, savings accounts, investment accounts;

- All bank statements including, but not limited to, bank accounts, credit union accounts, savings accounts, investment accounts showing the current balance in such accounts;

- All statements from any bank account, credit union account, savings account, investment account showing the current balance in such accounts;

- All accounting records identifying all business and corporate accounts and receivables;

- All documents of title identifying any real property owned in whole or in part by Newcon Concrete Construction, Inc. or to which Newcon Concrete Construction, Inc. has a future interest in;

- All promissory notes or other documents identifying monies due to Newcon Concrete Construction, Inc.;

- All documents identifying accounts, funds, monies, credits, receivables, interest, proceeds owing or belonging to Newcon Concrete Construction, Inc.;

- All documents identifying personal property, including, but not limited to, computers, office equipment, office furnishings, vehicles, boats owned in whole or in part by Newcon Concrete Construction, Inc.;

- All documents identifying any Money Judgments obtained by Newcon Concrete Construction, Inc. to which Newcon Concrete Construction, Inc. has collected or has a right to collect; and

- All documents identifying any liens that Newcon Concrete Construction, Inc. has against any real or personal property or bank accounts, savings accounts and investment accounts.

- Federal corporate income tax returns for years 2001 though 2006.

6069140-1